IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| PRESTON 1210 LLC )<br>     Plaintiff )<br>v. )<br> )<br>NATIONWIDE GENERAL )<br>INSURANCE COMPANY )<br> )<br>     Defendant ) | CASE NO. 3:19-cv-00796 |

### JOINT NOTICE OF SETTLEMENT

Come the Plaintiff and Defendant, jointly, by and through their respective counsel, and hereby provide notice to the Court, pursuant to LR 54.1, that a settlement has been reached in this case. The parties respectfully propose that they will file a stipulation of dismissal within the next 30 days after the settlement is finalized.

Dated: This 4th day of September, 2020.

                Respectfully submitted,

                /s/ H. Kevin Eddins
                H. Kevin Eddins
                Kevin J. Fiet
                Gregory L. Taylor
                Eddins Domine Law Group, PLLC
                3950 Westport Road
                Louisville, Kentucky 40207
                keddins@louisvillelawyers.com
                kfiet@louisvillelawyers.com
                gtaylor@louisvillelawyers.com
                Phone: (502) 893-2350
                Fax: (502) 893-1949
                *Counsel for the Plaintiff*

                and

/s/ Darrin W. Banks (with permission)
Darrin W. Banks
PORTER, BANKS, BALDWIN & SHAW, PLLC
327 Main St.
P.O. Drawer 1767
Paintsville, Kentucky 41240
dbanks@psbb-law.com
Phone: (606) 789-3747, Ext. 127
Fax: (606) 314-0417
*Counsel for Defendant*