IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| PRESTON 1210 LLC ) | |
|          Plaintiff ) | |
| v. ) | |
| ) | CASE NO. 3:19-cv-00796-CRS |
| NATIONWIDE GENERAL ) | |
| INSURANCE COMPANY ) | |
| ) | |
|          Defendant ) | |

**AGREED ORDER OF DISMISSAL**

The party below having informed this Court that the Plaintiff, Preston 1210 LLC, has settled and compromised all claims against the Defendant, Nationwide General Insurance Company, and the Court being otherwise fully and sufficiently advised.

It is hereby ordered that the Complaint of Preston 1210 LLC be dismissed against Nationwide General Insurance Company, with prejudice, as settled and each party shall bear its costs.

October 30, 2020

*[Signature]*

Charles R. Simpson III, Senior Judge
United States District Court

**AGREED:**

*/s/ H. Kevin Eddins*
Hon. H. Kevin Eddins
Hon. Kevin J. Fiet
Hon. Gregory L. Taylor
*Attorneys for, Plaintiff*


*/s/ Darrin W. Banks (with permission)*
Hon. Darrin W. Banks
*Attorney for, Nationwide General Insurance Company*